**FILED**
CLERK, U.S. DISTRICT COURT
12/22/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GSA___ DEPUTY

N/S

United States District Court
Central of California

ORIYOMI Sadiq Olaolwakintan          2:25-cv-12462-PA-KES
Ashanu Aloba

                                        Civil
                                   Jury trial demanded.

ICE, GEO, DHS, John Doe.

            Bivens Suit 42 USCS 1983.

      Plaintiff ORIYOMI Sadiq Olaolwakintan Ashanu Aloba pro se bring this civil suit against the defendants within their professional personal Capacity for engaging in Conspiracy pursuant to 42 USCS 1981-1986 to violate plaintiff rights guaranteed to plaintiff under the First, Fourth, Fifth, Sixth, eighth, and Fourteenth Amendment of the United States Constitution.

                        Background

      On about November till date and ongoing the defendant knowingly hindered and deprived plaintiff right of access to Court by so hindered plaintiff abilities to pursuit issues that affects his Liberty Interest.

      On an Unknown date plaintiff request to the Administration of Geo requesting for Notarization of documents needed to challenge his co litigate in his Liberty Interest however the Defendant officer Benton employee of GEO with authority to Notarize document declared that it will not Notarize plaintiff documents and identifying document being used to detain plaintiff in Custody stating that they do not Notarize GEO Identifying document or won't Notarize any document that does not match

a government issued identifying document.

Plaintiff brought this complaint to attention of DHS and ICE through officer Torres who claimed that he was locating plaintiff identifying documents.

Plaintiff attempt other remedy by reaching to the GEO grievance coordinator Unit complaining about how the Geo employee has refused to notarize documents in his liberty interest, requesting that all information that could not be notarized to removed and stop the use to make adversary decision against plaintiff however the GEO Administration claimed that its waiting to obtain information from ICE so it can be properly notarize plaintiff document. Since then it has been nearly a month and the defendants are still unable to notarize plaintiff document as result has caused plaintiff actual injury.

## Claim One

Plaintiff suffered actual injury because plaintiff is unable to meet the court requirement or other requirement that required plaintiff to notarize documents which he needed to adjudicate for his liberty interest under the First Amendment of the United States Constitution.

## Claim two

Plaintiff suffered actual injury because the Continuance refusal to notarize plaintiff document violate plaintiff rights to due process of law under the equal protection law of Fifth Amendment.

## Claim three

Plaintiff suffered violation under the eighth Amendment because inability of the administration to notarize his document prohibited plaintiff from seeking from the court at early as possible on the basis that the deprivation of right of movement and enforcement of other rules to be held in a facility without the opportunity to properly obtain means of evidence to challenge this detention established claim.

## Claim Four

All of the above complaint established the Fourteenth Amendment Violation because plaintiff is unable to enjoy the same right guaranteed to other detainers as a result hindered his liberty interest guaranteed by the Fourteenth Amendment of the United states Constitution.

## Relief Requested

1   plaintiff seek that court declare that the defendants has violated all rights as established above.

2   plaintiff seek for monetary damages to be awarded by the jury or alternative 1,000,000·00 to be compensated to plaintiff on each count, paid jointly and severally

3   plaintiff request injuctive Relief other the defendant to enforce plaintiff rights.

4   Plaintiff requested the court granted any other relief deemed available and reasonable.

5   plaintiff seek for attorney fees to be determined

4

Respectfully Submitted
Oriyomi Sadiq Oladewakintan
Abshanu Aloba.

Return Address
ORIYOMI Sadiq Aloba
96T3 A2B4L
10400 Rancho Road
Adelanto, CA 92301.
☒ 12-18-25.

I hereby declare under penalty of perjury pursuant to 28 USCS 1746 and 18 USCS 1001 that all claims entered in this petition are true, and not for the purpose of wasting the court time.

@ when
A will it
& all Stop?

M when
& they are
& tired of me.



ORIYOMI Sadiq Aloba
9673 A2B4L          2056296673
10450 Rancho Road
Adelanto, CA 93201

quadient

FIRST-CLASS MAIL
IMI
**$000.74⁰**
12/19/2025  ZIP 92301
043M31242472

US POSTAGE

New

US District Court
255 East temple street
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Case 2:25-cv-12462-PA-KES    Document 1    Filed 12/22/25    Page 6 of 6   Page ID #:160